# Exhibit 1

In the name of Allah, the compassionate, the merciful

The Izz a-Din al-Qassam Brigades

Human Resources Branch

Organization and Administration Department

Date: September 9, 2019

Muharram 10, 1441

**To the esteemed brothers – the commanders of the brigades, may Allah preserve you**

May peace, mercy and blessings of Allah be upon you

### Re: Scholarships in Iran

Firstly, we beseech Allah to keep you in good health, to help you, and may your steps be guided on the path of truth.

Regarding the aforementioned subject, in light of the fact that on August 28th, 2019, the General Council was tasked with forming a committee comprised of [respresentatives of the] intelligence and human resources [branches] that would address the matter of the scholarships in Iran, a meeting was held, and the following was agreed:

1. 12 brothers are to be selected for bachelor's degrees
2. 4 brothers are to be selected for master's degrees
3. 2 brothers are to be selected for doctorates

The above will be in the following fields: computer engineering, programming, Farsi studies, political science, special forces, naval forces, or any specialty needed by the divisions and the specialties.

**Therefore, the following is required of each district / branch:**
1. Nominating 5 brothers for the bachelor's degree program, whose high school grade point averages are no less 80%
2. Nominating 1 brother for the master's degree program
3. Nominating 1 brother for the doctorate program

**All these within the aforementioned specialties.**

**Note**: An interview panel shall convene to select the requested number from among the candidates.

May Allah shower you with His blessings

**Your Brother, Abu Ibrahim**

**[Yahya Sinwar]**

مكتب الشهيد عز الدين القسام
ركـــن القـــوى البشـــرية
دائــــرة التنظيـــم والإدارة

بسم الله الرحمن الرحيم

التاريخ: 2019/09/09م
محـــ10ــرم/ 1441هـ

الأخوة الأفاضل/ ~~~~~~~~~~~ قادة الكتائب ،، حفظكم الله ،،

السلام عليكم ورحمة الله وبركاته

**الموضوع/ منح دراسية في إيران**

بدايـة نسـأل الله أن تكونـوا بصـحة وعافيـة، وأن يعيـنكم ويسـدد علـى طريـق الحـق خطـاكم، وبالإشـارة إلـى الموضـوع أعـلاه، بنـاءً علـى تكليـف المجلـس العـام بتـاريخ 2019/08/28م لتشكيل لجنة من الاستخبارات والقوى البشرية بوضع تصور حول المنح الدراسية في إيران تم اللقاء والتوافق على التالي:

1. اختيار عدد (12) أخ لدراسة البكالوريوس.
2. اختيار عدد (4) أخوة لدراسة ماجستير.
3. اختيار عدد (2) أخوة لدراسة الدكتوراه.

وذلك فـي المجـالات التاليـة (هندسـة الحاسـوب، البرمجـة، الدراسـات الفارسـية، العلـوم السياسية، قوات خاصة، بحرية، أو أي تخصص يلزم الأركان والتخصصات).

**لذا مطلوب من كل لواء/ ركن:**

1. ترشـيح عـدد (5) إخـوة لا يقـل معدلهم عـن 80% فـي الثانويـة العامـة لدراسـة البكالوريوس.
2. ترشيح أخ لدراسة الماجستير.
3. ترشيح أخ لدراسة الدكتوراه.

**وذلك ضمن التخصصات سابقة الذكر.**

**ملاحظة:** سيتم عقد لجنة مقابلات لاختيار العدد المطلوب من ضمن المرشحين.

وبارك الله فيكم

أخوكم

أبو إبراهيم