# Exhibit 2

In the name of Allah, the Merciful, the Compassionate

Dear Brother, *Abu Ibrahim*,[1] may Allah protect you

Greetings and peace be upon you, and Allah's mercy and blessings.

### Attached is a breakdown of the financial payments received from Iran in the period between 2014-2020

|     | Date | Amount | Remarks |
| --- | --- | --- | --- |
| 1.  | July 8, 2014 | $ 1 million | |
| 2.  | August 27, 2014 | $ 2 million | |
| 3.  | September 16, 2014 | $ 2 million | |
| 4.  | October 23, 2014 | $ 2 million | |
| 5.  | November 13, 2014 | $ 3 million | |
| 6.  | December 2, 2014 | $ 2 million | |
| 7.  | December 20, 2014 | $ 2 million | |
| 8.  | December 31, 2014 | $ 1 million | |
|     | Total for the year 2014 | $ 15 million | |
| 9.  | January 7, 2015 | $ 3 million | |
| 10. | January 23, 2015 | $ 3 million | |
| 11. | February 18, 2015 | $ 3 million | |
| 12. | March 12, 2015 | $ 3 million | |
| 13. | March 30, 2015 | $ 3 million | |
| 14. | April 22, 2015 | $ 2 million | |
| 15. | May 7, 2015 | $ 2 million | |
| 16. | June 2, 2015 | $ 2 million | |
| 17. | July 7, 2015 | $ 3 million | |

---

[1] This is likely referring to Yahya Sinwar

| | | | |
|---|---|---|---|
| 18. | July 28, 2015 | $ 2 million | |
| 19. | August 15, 2015 | $ 3 million | |
| 20. | September 4, 2015 | $ 4 million | |
| 21. | September 23, 2015 | $ 3 million | |
| 22. | October 12, 2015 | $ 4 million | |
| 23. | November 4, 2015 | $ 3 million | |
| 24. | November 23, 2015 | $ 2 million | |
| 25. | December 12, 2015 | $ 3 million | |
| | Total for the year 2015 | $ 48 million | |
| 26. | January 6, 2016 | $ 3 million | |
| 27. | January 31, 2016 | $ 2 million | |
| 28. | February 20, 2016 | $ 3 million | |
| 29. | March 12, 2016 | $ 4 million | |
| 30. | April 3, 2016 | $ 4 million | |
| 31. | May 14, 2016 | $ 2 million | |
| 32. | June 2, 2016 | $ 3 million | |
| 33. | July 5, 2016 | $ 2 million | |
| 34. | August 6, 2016 | $ 3 million | |
| 35. | September 11, 2016 | $ 4 million | |
| 36. | October 9, 2016 | $ 3 million | |
| 37. | November 13, 2016 | $ 4 million | |
| | Total for the year 2016 | $ 37 million | |
| | Year 2017 | - *Was not received* | According to our request |
| | Year 2018 | - *Was not received* | According to our request |
| 38. | March 16, 2019 | $ 5 million | 1 million to Abu Ibrahim |

| | | | |
|---|---|---|---|
| 39. | April 7, 2019 | $ 3 million | 600,000 to Abu Ibrahim |
| 40. | April 14, 2019 | $ 2 million | 1 million to Abu al-Abd[2] |
| 41. | May 28, 2019 | $ 6 million | 800,000 to Abu Ibrahim |
| 42. | June 10, 2019 | $ 6 million | 1.2 million to Abu Ibrahim |
| 43. | August 18, 2019 | $ 5 million | 1 million to Abu Ibrahim |
| 44. | November 14, 2019 | $ 5 million | 1 million to Abu Ibrahim |
| 45. | December 2, 2019 | $ 5 million | 1 million to Abu Ibrahim |
| 46. | December 26, 2019 | $ 5 million | 1 million to Abu Ibrahim |
| | Total for the year 2019 | $ 42 million | |
| 47. | March 11, 2020 | $ 4 million | 800,000 to Abu Ibrahim |
| 48. | May 13, 2020 | $ 3 million | 600,000 to Abu Ibrahim, of which 100,000 to the poor people among the holy warriors |
| 49. | July 6, 2020 | $ 5 million | 1 million to Abu Ibrahim |
| | Total for the year 2020 so far | $ 12 million | |

May Allah bless you

Your brother / A. Al-Baraa[3]

July 30, 2020

---

[2] This likely refers to Ismail Haniyeh
[3] This likely refers to Marwan Issa, deputy commander of Hamas' terror apparatus.

بســم الله الرحمن الرحيــم

الأخ الحبيب / ابو ابراهيم                        حفظه الله

تحية طيبة ، فالسلام عليكم ورحمة الله وبركاته ،،، وبعد :

## مرفق جدول بالدفعات المالية المستلمة من طرف إيران

## في الفترة ما بين ( 2014-2020 )م

| م | التاريخ | المبلغ | ملاحظات |
|---|---|---|---|
| 1. | 2014-7-8 | 1 مليون $ | |
| 2. | 2014-8-27 | 2 مليون $ | |
| 3. | 2014-9-16 | 2 مليون $ | |
| 4. | 2014-10-23 | 2 مليون $ | |
| 5. | 2014-11-13 | 3 مليون $ | |
| 6. | 2014-12-2 | 2 مليون $ | |
| 7. | 2014-12-20 | 2 مليون $ | |
| 8. | 2014-12-31 | 1 مليون $ | |
| | إجمالي عام 2014 م | 15 مليون $ | |
| 9. | 2015-1-7 | 3 مليون $ | |
| 10. | 2015-1-23 | 3 مليون $ | |
| 11. | 2015-2-18 | 3 مليون $ | |
| 12. | 2015-3-12 | 3 مليون $ | |
| 13. | 2015-3-30 | 3 مليون $ | |
| 14. | 2015-4-22 | 2 مليون $ | |
| 15. | 2015-5-7 | 2 مليون $ | |
| 16. | 2015-6-2 | 2 مليون $ | |

| ملاحظات | المبلغ | التاريخ | م |
|---|---|---|---|
|  | 3 مليون $ | 2015-7-7 | 17. |
|  | 2 مليون $ | 2015-7-28 | 18. |
|  | 3 مليون $ | 2015-8-15 | 19. |
|  | 4 مليون $ | 2015-9-4 | 20. |
|  | 3 مليون $ | 2015-9-23 | 21. |
|  | 4 مليون $ | 2015-10-12 | 22. |
|  | 3 مليون $ | 2015-11-4 | 23. |
|  | 2 مليون $ | 2015-11-23 | 24. |
|  | 3 مليون $ | 2015-12-12 | 25. |
|  | 48 مليون $ | إجمالي عام 2015 م | |
|  | 3 مليون $ | 2016-1-6 | 26. |
|  | 2 مليون $ | 2016-1-31 | 27. |
|  | 3 مليون $ | 2016-2-20 | 28. |
|  | 4 مليون $ | 2016-3-12 | 29. |
|  | 4 مليون $ | 2016-4-3 | 30. |
|  | 2 مليون $ | 2016-5-14 | 31. |
|  | 3 مليون $ | 2016-6-2 | 32. |
|  | 2 مليون $ | 2016-7-5 | 33. |
|  | 3 مليون $ | 2016-8-6 | 34. |
|  | 4 مليون $ | 2016-9-11 | 35. |
|  | 3 مليون $ | 2016-10-9 | 36. |
|  | 4 مليون $ | 2016-11-13 | 37. |
|  | 37 مليون $ | إجمالي عام 2016 م | |
| بناء على طلبنا | - م دمشق | عام 2017 م | |
| بناء على طلبنا | - م ريف | عام 2018 م | |
| 1 مليون ليد أبو إبراهيم | 5 مليون $ | 2019-3-16 | 38. |
| 600 ألف ليد أبو إبراهيم | 3 مليون $ | 2019-4-7 | 39. |
| 1 مليون ليد أبو العبد | 2 مليون $ | 2019-4-14 | 40. |
| 800 ألف ليد أبو إبراهيم | 6 مليون $ | 2019-5-28 | 41. |
| 1 مليون و 200 ألف ليد أبو إبراهيم | 6 مليون $ | 2019-6-10 | 42. |

| م | التاريخ | المبلغ | ملاحظات |
|---|---|---|---|
| 43. | 2019-8-18 | 5 مليون $ | 1 مليون ليد أبو إبراهيم |
| 44. | 2019-11-14 | 5 مليون $ | 1 مليون ليد أبو إبراهيم |
| 45. | 2019-12-2 | 5 مليون $ | 1 مليون ليد أبو إبراهيم |
| 46. | 2019-12-26 | 5 مليون $ | 1 مليون ليد أبو إبراهيم |
| | إجمالي عام 2019 م | 42 مليون $ | |
| 47. | 2020-3-11 | 4 مليون $ | 800 ألف ليد أبو إبراهيم |
| 48. | 2020-5-13 | 3 مليون $ | 600 ألف ليد أبو إبراهيم منها 100 ألف لفقراء المجاهدين |
| 49. | 2020-7-6 | 5 مليون $ | 1 مليون ليد أبو إبراهيم |
| | إجمالي 2020 حتى الآن | 12 مليون $ | |

وبارك الله فيكم ،،،

أخوك / أ. البراء

2020/7/30 م