# Exhibit 3

### In the Name of Allah, the Gracious, the Merciful

All praise is due to Allah, the Lord of all worlds, and may peace and blessings be upon the master of the messengers, our master and prophet, Abu al-Qasim Muhammad, son of Abdullah, and upon his pure and righteous household, as well as his chosen and noble companions.

To the esteemed Brother and dear leader, Abu al-Abd Haniyeh, may the Lord honor you.

May peace, mercy and blessings of Allah be upon you.

I ask Allah, blessed and exalted, to keep you, your honorable family, and all the dear Brothers in the best of health and conditions. We pray to Him, the Almighty, to grant you more of His successes, as well as all your dear Brothers, and especially the holy warriors and frontier guardians in blessed Jerusalem. As for what follows:

We met with the esteemed Brother and holy warrior Abu Usama [Khalil al-Hayya], as well as his excellency, Secretary General Mr. Hassan Nasrallah, may Allah preserve him. It was a good meeting, and if Allah wills it, things will proceed easily. Moreover, we spoke with our distinguished Brother Abu Usama [Khalil al-Hayya], elaborating on the details of what we – either ourselves or his Excellency – had been working on with the Syrian Brothers in order to work out the relationship, which have considerably shortened the path, and the situation has been made easier, at a minimal effort on your part.

I also mentioned to the two Brothers, Hajj Abu Usama [Khalil al-Hayya] and Hajj Abu Hamdan, that this matter needs to be carefully studied, and requires a high level of expertise and precision on your part in handling communications - whether responding to messages or speeches from supporters, or addressing those who may attempt to undermine the situation. I warned the Brothers that there are some Brothers, who agreed with you or didn't strongly object when you made this decision during the meeting, but there are indications and examples that demonstrated that there is a group of Brothers which is not interested in letting this matter proceed smoothly. It is natural for there to be flattery, supportive remarks, and reassuring statements among the leadership and cadres of the Syrian people backing the regime, who hold extreme views on this matter. I mention this based on evidence that several Hamas operatives were present and actively involved in fighting against the regime.

I also told the Brothers that we strove and agreed to remove the obstacles and pave the path going forward, but that starting now, everything will relate back to you and to how you treat this issue, whereby kindness and speaking appropriately, on your part, will lead to acceptance and a warm welcome on their part. This will allow things to proceed well, so that we will be able to achieve the desired result in the best possible way. If an unkind and impolite attitude is taken, the regime may become displeased, that this may set us back many years.

We hope that blessed Allah will grant you success, and grant us success, in whatever benefits the resistance endeavor and the mutual support and cooperation between us in the face of everyone's common enemy, and the enemy of the Islamic world – the Zionist enemy.

We send our greetings to you and to all our Brothers, the holy warriors. Further to your previous messages and the message that was conveyed orally by our esteemed Brother, Abu Usama [Khalil al-Hayya], we have informed him that there is a sum of 5 million ready to be delivered to you, and we request that you notify us who we should deliver it to, with the customary required details.

May Allah accept your deeds, and may Allah bless your efforts. Peace, blessings and mercy of Allah be upon you.

### *Your Brother, "Ramadan"[1]*

June 8, 2022

---

[1]      This is likely Muhammad Said Izadi – "Hajj Ramadan" - head of Palestine directorate of the IRGC Qods Force.

June 10, 2022

**In the Name of Allah, the Gracious, the Merciful**

**Praise be to Allah, Lord of the Worlds, and prayers and peace be upon our master prophet Muhammad and his family and companions.**

**To: Our beloved Brother, Hajj Ramadan [Muhammad Said Izadi], may Allah preserve you.**

**May peace, mercy and blessings of Allah be upon you.**

**I pray that you, your family, and your loved ones are all well and in good health when you receive this letter, in the best way that our Lord loves and is pleased with.**

- I received your noble letter on the meeting that took place with his Excellency, Mr. Hassan Nasrallah, may Allah preserve him, and you, in the presence of Brothers Abu Usama [Khalil al-Hayya] and Abu Hamdan, regarding the consistent progress in the movement's orientation favoring a restoration of the connection with brotherly Syria.

  As soon as he returned from Lebanon, Brother Abu Usama [Khalil al-Hayya] updated me on the meeting and what occurred during the meeting, including a lengthy conversation and ideas that help build this connection, in a way that optimizes the situation we are all in, as we are all in the same boat. We are in the process of studying and deliberating what had been accomplished between you, at the level of the team that monitors the decision's implementation.

  Taking into account what you wrote in your noble letter, and inasmuch as we are aware of the inside and outside surrounding factors pertaining to this relationship, we will surely make great efforts to create the right environment for this decision. We will always need to consult and collaborate on this issue, in appreciation of the effort undertaken by his Excellency and by yourselves vis-a-vis the Syrian state, which has contributed to providing a positive environment and disposition toward this relationship.

- As for the financial issue: I thank you for allocating a sum of five million dollars, which is to be sent to me, and I request that you inform me what I should send to the Brothers in Gaza, based on what you had mentioned to Brother Abu Usama [Khalil al-Hayya]. This is an important matter, which you are already aware of, but it is tied to the president's responsibility and to how the sums are monitored, so that they don't impair the benefit we wish to bring to Gaza.

  Please deliver the sum of 5 million to Brother Shadi, who is located near you, in Beirut (whom you are familiar with).

**Asking the Lord, may He be exalted, to increase his bounty to you.**

**Your Brother,**

Abu al-Abd [Ismail Haniyeh]

بسم الله الرحمن الرحيم

الحمد لله رب العالمين والصلاة والسلام على سيد المرسلين سيدنا ونبينا ابي القاسم محمد بن عبد الله وعلى اهل بيته الطيبين الطاهرين واصحابه المنتجبين الميامين.

جانب الأخ القائد العزيز "أبو العبد هنية" ـ أعزكم المولى ـ

السلام عليكم ورحمة الله وبركاته

أسأل الله تبارك وتعالى أن تكونوا والعائلة الكريمة وكافة الأخوة الأعزاء في أحسن عافية وحال وندعوه عز وجل أن يزيدكم من توفيقاته وجميع إخوانكم الأعزاء وخاصة المجاهدين والمرابطين في القدس الشريف، أما بعد.

فقد إجتمعنا مع الأخ العزيز المجاهد " أبو أسامة" وكذلك مع سماحة الأمين العام " السيد حسن نصرالله" (حفظه الله) وقد كانت جلسة طيبة وإن شاء الله ستكون الأمور ميسرة، كما أننا شرحنا للأخ العزيز "أبو أسامة" تفاصيل ما اشتغلناه سواء نحن أو سماحته مع الأخوة السوريين لترتيب العلاقة والتي اختصرت الطريق بشكل كبير وتم تيسير الأمور بأقل كلفة عليكم.

وأيضا ذكرت للأخوين الحاج "أبو أسامة" والحاج "أبو حمدان" بأن الموضوع يحتاج الى دراسة ودراية ودقة عالية من طرفكم بالتعامل أوبالتعاطي سواء في الرسائل أو الخطابات من المؤيدين والممهدين للطريق أو من الأشخاص الذين سيكونوا بصدد تخريب هذا الوضع، وقد حذرت الأخوة بأنه هناك البعض من الأخوة ممن وافقوكم أو لم يتشددوا عندما أخذتم هذا القرار في جلستكم ولكن هناك مؤشرات ونماذج بأنه هناك مجموعة من الأخوة معنيين بعدم ترك الموضوع يمر على خير، ومن الطبيعي أن يكون هناك مجاملات وتعابير تساعد وتبعث بالطمأنينة عند قيادة وكوادر الشعب السوري المؤيد للنظام الذي عنده موقف متشدد من هذا الملف مستندا على أدلة وإثباتات تؤكد التدخل والحضور لبعض العناصر من حماس في محاربة النظام.

كما أنني ذكرت للأخوة أيضا بأننا سعينا وتوفقنا في تفكيك الألغام وتمهيد الطريق، ولكن من الأن كل شيء يعود لكم ولطريقة تعاملكم مع الملف حيث أنه بالملاطفة والتعابير المناسبة من طرفكم تسبب القبول والترحيب من طرفهم وتمر الأمور على خير ونستطيع الوصول الى النتيجة المطلوبة بأحسن طريقة ممكنة، وإذا كان هناك تعامل جاف وغير لطيف فيمكن أن لا يرضي النظام وأن يُرجعنا سنوات الى الخلف .

نتمنى من الله تبارك وتعالى أن يوفقكم وإياننا لما في خير لمشروع المقاومة وتكاتف وتعاون الجميع مع البعض في وجه العدو المشترك للجميع وللعالم الاسلامي وهو العدو الصهيوني.

تحياتنا لكم ولجميع الأخوة المجاهدين وبناء على رسائلكم السابقة والرسالة الشفهية عبر الأخ العزيز "أبو أسامة" فقد أبلغته بأنه هناك مبلغ ٥ ملايين جاهز لنسلمه لحضرتك، فنأمل منكم إفادتنا لمن نسلمه مع البيانات اللازمة كالعادة.

تقبل الله أعمالكم وبارك الله في جهادكم.

والسلام عليكم ورحمة الله وبركاته.

أخوكم "رمضان"

8/6/2022

2022/6/10

بسم الله الرحمن الرحيم

الحمد لله رب العالمين، والصلاة والسلام على سيد المرسلين سيدنا محمد وعلى آله وصحبه أجمعين وبعد.

جناب الأخ الحبيب الحاج / رمضان          حفظه الله

السلام عليكم ورحمة الله وبركاته،،،

وأسأل الله أن تصلكم رسالتي وأنتم والأهل والأحبة جميعًا بألف خير وعافية وعلى خير ما يحب ربنا ويرضى.

- فقد وصلتني رسالتكم الكريمة بشأن اللقاء الذي جرى مع سماحة السيد حسن نصر الله حفظه الله وشخصكم الكريم بحضور الأخوين أبو أسامة وأبو حمدان والمتعلق بمواطبة تطوير توجه الحركة لاستعادة العلاقة مع سوريا الشقيقة.

وكان الأخ أبو أسامة قد وضعني فور عودته من لبنان في صورة اللقاء وما جرى فيه من حديث موسع وأفكار خدمة لبناء هذه العلاقة بالشكل الذي يحقق أفضل صورة لنا جميعًا كوننا في مركب واحد، ونحن الآن في قيد الدراسة وتداول ما تم بينكم على مستوى الفريق المتابع لتنفيذ القرار.

وآخذين بالاعتبار ما جاء في رسالتكم الكريمة، وحيث أننا ندرك العوامل المحيطة داخليًا وخارجيًا حول العلاقة هذه، وبالتأكيد أننا سنبذل جهداً كبيراً لبناء البيئة الملائمة لهذا القرار. وسنكون دومًا بحاجة إلى التشاور والتعاون حول ذلك مقدرين الجهد الذي بذله سماحة السيد وأنتم مع الدولة السورية والذي اسهم في توفير المناخ الإيجابي والقابلية لهذه العلاقة.

- أما بالنسبة للوضع المالي: فأشكركم على تخصيص مبلغ خمسة ملايين دولار لتصل طرفي، وكان بودي أن تعلمني ماذا أرسل للأخوة في غزة حسب ما ذكرتم للأخ أبو أسامة وهذا أمر مهم ولا يخفى عليك، وإنني أؤيد بشدة كل ما يصل للأخوة في غزة ولكن الأمر يتعلق بمسئولية الرئيس وكيفية رصد المبالغ بما لا يضر بالفائدة التي نريدها لغزة.

وأرجو التكرم بتسليم مبلغ (٥) الخمسة ملايين للأخ شادي المتواجد طرفكم في بيروت (والمعروف لديكم).

سائلاً المولى سبحانه أن يزيدكم من فضله

أخوكم/
أبو العبد