# Exhibit 4

September 24, 2022

**In the name of Allah, the merciful, the compassionate**

**Praise the Lord of the worlds, and prayer and peace be upon our master, messenger of Allah, and his family, his companions and those faithful to him.**

**Dear brother Abu Ibrahiim,[1] may Allah protect you and keep you safe.**
**Peace be upon you, and Allah's mercy and blessings.**
**I pray to Allah that my letter finds you, your parents and children and all the beloved ones who surround you, well and in good health, and in the grace and satisfaction of Allah.**
**I am writing to you regarding a few issues:**
1. **Developments in the track related to Syria:**
   We continue to make progress toward completing the measures, undeterred by the noise around us. The actions of certain individuals initially caused us to reconsider, but we have regained a decisive calmness, without hesitation or confusion. Our response to the incitement campaign is simple: we will move forward with implementing the decision.
   **In this we base ourselves on the following:**
      A. The establishment's decision.
      B. The fact that the majority of the movemnet supports the decision and the track (Gaza , West Bank, the prisons, Lebanon, and a considerable number of the region's leadership and its officials abroad)
      C. A considerable part of the nation, the religious scholars and the strategists support the movement's decision, and have made this known in several ways.
   **As we intend to implement the decision we take the following paramaters into consideration:**
A. It is essential that L.T. accepts the operational measures outlined in the decision to ensure continued support from the establishment and to leave no room for excuses from brother Abu al-Walid [Khaled Mashal] and his group. While we anticipate resistance from L.T.'s colleagues in the "outside" area, the majority supports us. Therefore, all decisions will pass, and we will ensure their legal validity in the eyes of both the "inside" and "outside" parties.
B. There is an individual inciting unrest, and we recognize the need to hold him accountable. We understand that Abu al-Walid's [Khaled Mashal] opposition is based on personal issues and not substantial ones. If the Syrians would open the door for him, he will be running towards them. However, our current priority is to proceed with the decision and take the step of meeting with the Syrian president, in line with the proposal put forth by his Eminence, A-Sayyid [Hasan Nasrallah].
C. We must collaborate with our allies to jointly create the optimal conditions for implementing the decision. This will help the movement's leadership manage the anger and discontent voiced by certain segments of the nation, particularly among the Syrians,

---

[1] This likely refers to Yahya Sinwar.

      Iraqis, and Yemenites. I have already drafted a letter to A-Sayyid Hasan Nasrallah on this matter (attached for your review).

   D. We need to ensure that Dr. Musa [Musa Abu Marzook] remains within the circle of the decision's supporters, and that the committee influences him effectively. Additionally, we must reach an agreement with him on the directions we want to take and distance him from the influence of Abu al-Walid [Khaled Mashal] and his group. While it's true that he has made commendable efforts with the internal opposition and some "outside" elements, he recently sent a letter offering advices and expressing concerns. In some instances, he conveyed the beliefs of others rather than his own (attached for your review).

Today, we convened the leadership committee with Dr. Musa [Musa Abu Marzook] in attendance. We discussed the proposal to meet with the Syrian president and reached a consensus on the matter. A letter has been sent for approval by the executive committee during its emergency meeting scheduled for the day after tomorrow, God willing. The letter will be distributed through the secretariat.

In light of the fact that we are wisely and determinedly building connections, including strengthening our ties with Russia and forming strong relationships with Algeria, while simultaneously maintaining our existing ties with Turkey, Qatar, and Egypt, I believe restoring relations with Syria, along with our strategic partnerships with Iran and Hezbollah, will significantly enhance the movement's position and balance of power. This approach leverages the movement's formidable military capabilities in Gaza and its growing presence in the West Bank.

I have previously communicated with brothers Abu Fikri[2] and Abu Ubeida[3] about the necessity for you and brother Abu al-Baraa [Marwan Issa] to attend these meetings. Your participation is vital for our collective success.

  2. **The financial status:**

     The situation is very bad. The Iranian brothers have not sent me any payments for approximately four months. A few days ago, they sent only four million dollars. I want to emphasize that the last two payments, one from Turkey and the other from Qatar, were made only after considerable effort on my part to engage both parties. Additionally, throughout all of 2022, Qatar made only one payment to us. These circumstances significantly affect the image of the movement's leadership and its chairman, particularly concerning fundamental issues such as Al-Qassam, the prisoners, the martyrs, and the budgets for the regions and central offices.

     This is why we must collaborate to navigate this challenging period effectively. By working together, we can address Al-Qassam's needs through the direct support provided by Hajj Ramadan [Muhamad Izadi, head of the IRGC Qods Force directorate for Palestine], while we are documenting a portion of this assistance. This approach will help alleviate the burden caused by the limited funds we currently receive.

               **May Allah bring us success and show us the righteous path**
                                        Your brother, Abu Al-Abd [Ismail Haniyeh]

---

[2] This likely refers to Hamas leader Sameh al-Siraj.
[3] This likely refers to Hudayfa al-Kahlout, one of Hamas's spokesmen.

24/9/2022

بسم الله الرحمن الرحيم

الحمد لله رب العالمين، والصلاة والسلام على سيدنا رسول الله وعلى آله وصحبه ومن والاه.

الأخ الحبيب / أبو إبراهيم          حفظه الله ورعاه

السلام عليكم ورحمة الله وبركاته...

وأسأل الله أن تصلكم رسالتي وأنتم والأهل والأبناء وجميع الأحبة من حولكم بألف خير وعافية. وفي نعمة من الله وفضل ورضى.

واكتب إليكم في بعض المواضيع:

1. تطورات المسار المتعلق بسوريا:

نحن نزحف بشكل متواصل نحو إتمام الخطوات رغم الضجيج الذي حولنا لأن هدف ما يقوم به البعض دفعنا إلى التراجع عن القرار ونتحلى بالهدوء الحاسم وبدون تردد أو ارتباك ورددنا على حملة التحريض أن نمضي قدمًا في تنفيذ القرار، ونحن في ذلك نستند إلى:

أ. قرار المؤسسة.

ب. الكتلة الأكبر داخل الحركة تؤيد القرار والمسار (غزة – الضفة – السجون – لبنان – وعدد وازن من قيادة الإقليم ورجالاته في الخارج).

ج. تيار وازن من الأمة والعلماء والاستراتيجيين الذين يؤيدون قرار الحركة، وعبروا عن ذلك بطرق مختلفة.

ونعتمد في تنفيذ القرار نعتمد على المحددات التالية:

أ. الحرص على اعتماد (ل ت) الخطوات الإجرائية للقرار وذلك لاستمرار الإسناد المؤسسي، وسحب الذرائع من الأخ أبو الوليد ومجموعته، ومع علمنا بأن أعضاء (ل ت) لإقليم الخارج سيعارضون كل الخطوات إلا أن الأغلبية معنا وبذلك نحسم كل القرارات، ونؤكد على قانونيتها أمام الجهات الداخلية والخارجية.

ب. هناك من يشاغب ونعرف أنه بحاجة إلى محاسبة وندرك بأن معارضة أبو الوليد هو موضوع شخصي وليس مبدئي ولو فتح السوريون له الباب فسوف يهرول تجاههم، ولكن الأولوية الآن هي لتنفيذ القرار وإتمام خطوة اللقاء مع الرئيس السوري وفق الاقتراح الذي قدمه سماحة السيد.

ج. العمل مع الحلفاء على ضرورة البناء المشترك للبيئة الأمثل لتنفيذ القرار لتسهيل المهمة على قيادة الحركة في مواجهة الغضب واللغط الذي يخيم على بعض قطاعات الأمة وخاصة

السوريين والعراقيين واليمنيين وقد كتبت للسيد حسن نصر الله رسالة بهذا الخصوص (مرفق للاطلاع).

د. الحرص على إبقاء الدكتور موسى في دائرة التأييد للقرار واستصحابه من خلال اللجنة والتوافق معه على التوجهات ولإبقائه خارج تأثير أبو الوليد وجماعته. وهو يبذل جهداً طبيًا مع المعارضين داخل الصف ومع جهات خارجية ولكنه أرسل رسالة فيها نصائح وتخوفات وإن كان في بعضها يعبر عن رأي غيره وليست قناعاته (وهي مرفق لاطلاعكم عليها).

وقد عقدنا اليوم اللجنة القيادية وبحضور الدكتور موسى وناقشنا مقترح اللقاء مع الرئيس السوري وتوافقنا عليه، وقد صدرنا رسالة بهذا الخصوص لاعتمادها من التنفيذية في الاجتماع الطارئ بعد غدٍ بإذن الله تعالى. وسيتم توزيعها عبر أمانة السر.

وحيث أننا نبني المسارات بحزم وحكمة بما في ذلك تعزيز العلاقة مع روسيا وبناء علاقة قوية مع الجزائر بالتوازي مع علاقاتنا القائمة مع تركيا وقطر ومصر فإن استعادة العلاقة مع سوريا إلى جانب العلاقة الاستراتيجية مع إيران والحزب سوف يكون لذلك عظيم الأثر الإيجابي على تموضع الحركة وميزتها الاستراتيجية والمستندة في كل ذلك إلى قوتها العسكرية المهابة في غزة وتصاعدها في الضفة الغربية.

وفي ضوء ما سبق نحن بحاجة الى تماسك الكتلة الصلبة في قيادة الحركة لإنجاز هذه المسارات الاستراتيجية للحركة داخليًا وخارجيًا والصبر على بعض المنغصات وهذا يحتم ضرورة حضوركم اجتماع (ل ت) وبقائك على الطاولة في هذه المرحلة الدقيقة والحساسة لأن غيابك له وبما تمثله يضعف المشهد ويريح الأخوة الآخرين وهذا ما لا يجب منحهم إياه، وقد أرسلت لكم مع الأخ أبو فكري وأبو عبيدة لضرورة حضور اللقاءات أنت والأخ الحبيب أبو البراء.

2. الوضع المالي:

سيء جداً والأخوة الإيرانيين متوقفون عن الدفعات لي من أربعة أشهر تقريبا وأرسلوا قبل أيام مبلغ أربعة ملايين دولار فقط. علمًا بأن دفعتي الشهرين الماضيين التي تم صرفهما واحدة من تركيا والأخرى من قطر، وتمت بعد جهد جهيد بذلته مع الطرفين. وبالمناسبة قطر لم ترسل لنا إلاّ دفعة واحدة طيلة عام ٢٠٢٢م. وكل ذلك ينعكس على صورة قيادة الحركة ورئيسها وعلى الملفات الأساسية وخاصة ملف القسام والأسرى والشهداء وميزانيات الأقاليم والمكاتب المركزية.

ولذلك نريد أن نتعاون في تجاوز هذه المحنة وبحيث أن نغطي للقسام من خلال ما يرسله الحاج رمضان مباشرة ونسجل بعضها ونخفف بذلك عن المبلغ الشحيح الذي يصلنا.

والله الموفق والهادي إلى سواء السبيل

أخوكم/أبو العبد