# Exhibit 5

In the Name of Allah, the Gracious, the Merciful

December 18, 2022

Special meeting: Brother Abu Ibrahim[1] + Brother Abu Usama[2] with the Small Council.

**\*\*\* <u>Topics</u>:**

\* The united fronts           \* The financial situation (with the allies)

\* Force buildup in Lebanon      \* Logistics

\* General report on the Arab-Islamic Relations Office[3] during the preceding period

\* The military and security attachés in the Arab-Islamic Relations [Office]

- Brother Abu Usama [Khalil al-Hayya] reviewed the activities and achievements he was responsible for in the past months through the Arab-Islamic Relations Office. He focused on the visit to Syria and on the beginning of the relationship with the Syrian regime, as well as the internal debate within the movement that was sparked by the decision, both before and after the visit, and both before and after this decision was made. The decision remained within the confines of the organization's leadership for a great deal of time (the focus was on the visit to Syria, and the meeting with the Syrian President and a number of key figures in the regime).
- Moreover, a briefing was given on the progress in the relationship with Algeria, according to which it's at its early stages, but it needs to be further monitored by the Brothers in Algeria in order to establish a foothold in that important country. The specific benefits stemming from this relationship are being studied more extensively.
- Furthermore, a briefing was given on the relationship with other countries, such as Sudan and its internal state of affairs, continuing with Turkey, where the official government position on its relationship with us has noticeably regressed. Here, the intent is to go into the details on the nature of Hamas presence in Turkey, which wasn't commonplace earlier. It is also clear that the Turkish state seeks more restrictions and

---

[1] Abu Ibrahim likely refers to Yahya Sinwar.
[2] Abu Usama likely refers to Likely Khalil al-Hayya.
[3] An institute headed by Khalil al-Hayya

limits to the movement's activities in that country. It seems this will go on at least until the July 2023 presidential elections.

- **The united fronts:**

    - An agreement has been reached with Brother Abu Usama [Khalil al-Hayya] that it is vital to visit the Brothers in the Hezb[4] [Hezbollah] and the Iranian state, in order to convey a clear message on the future of the joint activities against the Zionist occupation. We will, of course, update Abu al-Abd[5] on this position, and the visit will need to be secret and urgent. Due to the sensitivity of this message, no one other than Abu al-Abd should be acquainted with the content of these meetings.
    - It has been concluded that a clear message must be conveyed to A-Sayyid Hasan Nasrallah that if Iran or the resistance in Lebanon[6] would face a war in the future, we, the Hamas Movement and the Al-Qassam,[7] are fully prepared to participate, in full force, in those battles, as we hope that in such confrontations (the war), as a basic principle, we'll turn that opportunity into a fateful confrontation with the occupation, with the intention that this confrontation will be the end of the occupation, if Allah wills it.
    - Moreover, in that same message, if a confrontation erupts between us and the occupation on the future of Jerusalem and Al-Aqsa, and if an open confrontation results, in principle, what is needed is for the Axis of Resistance to intervene, headed by the Hezb [Hezbollah] and the other factions (Iraq, Yemen, and Syria). It is up to the [Islamic] Republic[8] to decide whether to participate, and we haven't set this as a condition for it, but it is of paramount importance that the Hezb [Hezbollah] take an active role.
    - Obviously, these messages should first be conveyed to A-Sayyid Hasan [Nasrallah], as well as to Hajj Esmail Qaani [head of the IRGC Qods Force] and to the head of the Revolutionary Guard [Hussein Salami].[9] If possible, contact should be made with the Guide[10] so that he can be updated on this important position.
    - Naturally, what we intend to achieve with this position is to create a true ally for the resistance and its axis, especially in the strategic matters tied to resisting the occupation. We don't mean the potential tactical confrontations, because not everyone needs to participate in such confrontations, which could occur vis-a-vis Iran or the resistance in Gaza[11] (of the usual type).

---

[4]   The meaning of Hezbollah is Party of God. When the author of this letter writes "Hezb" (Party), he is referring to Hezbollah.
[5]   Abu al-Abd likely refers to Ismail Haniyya.
[6]   The "resistance in Lebanon" refers to Hezbollah.
[7]   Al-Qassam is short for the Izz a-Din al-Qassam Brigades, Hamas' military apparatus.
[8]   This likely refers to the Islamic Republic of Iran.
[9]   The Guard is short for the Islamic Revolutionary Guard Corps – IRGC.
[10]  The Guide (*Murshid*) is a title given to the Iranian Supreme Leader.
[11]  The "resistance in Gaza" refers to Hamas.

- It was confirmed that in the context of this strategic overview and direction, the basic principle is that we agree with our Brothers in Iran that financial support of at least 7 million per month will be approved, over the course of the year, in order to mobilize and prepare for these types of confrontations comfortably. It would be good if Brother Abu Usama [Khalil al-Hayya] were to request that a 3-4 month advance payment be made, as an advance payment made with the first payment, in order to expedite the pace of preparations and our side's readiness.

- **In regard to the force buildup in Lebanon**

    - A presentation was given on the position, which had been deliberated internally for considerable time. So far, no progress or breakthrough has been made in this regard with either our Brothers abroad or with Hezb [Hezbollah] or the Guard [IRGC].
    - An agreement was reached, and the following mechanism has been adopted:
    - We will proceed in two tracks. The first track is to end the state of disagreement and inform our Brothers abroad through Brother Abu al-Abd [Ismail Haniyeh] that it would be best to authorize the region[12] to work with the Guard [IRGC], using the mechanism that was already in place, in its minimal form, which is presented to us. This, provided that the main bureau clearly delegates tasks to employ those abroad so that the work and the tasks they are entrusted with can be accomplished. These tasks include the military production of missiles and drones, the current training with the Hezb [Hizbollah], and the potential to exploit the territory (Syria - Dar'a + the Golan - the areas that aren't under the regime's control) for our preparedness for future stages. We confirm that we will do our best to keep the situation stable between them and the Brothers in the Hezb [Hezbollah] and in the Guard [IRGC].
    - The second track: Authorizing Brother 'Amar [possibly Samir Fandi, head of the Izz a-Din al-Qassam Brigades in Lebanon or Azam al-Aqra, another senior al-Qassam Brigades operative] through the formation he currently has, and developing that formation with the Hezb [Hezbollah] and the Guard [IRGC]. This, in addition to expanding the scope of our work to include other Lebanese elements (like the Islamic Movement), such that these formations can be ready to operate in the future with the Hezb [Hezbollah] and the Guard [IRGC], without Hamas (Lebanon). That way, we won't go into an internal disagreement with the "outside" region[13] in case such a thing emerges, even though this is our right. Naturally, the principle is that we preserve a high level of secrecy regarding this matter with the Hezb [Hezbollah] and Brother 'Amar [either Samir Fandi or Azam al-Aqra], whereby these formations are our strike force.

---

[12]   The author is probably using the word *Iqlim* in this context in reference to the "outside" leadership (the leadership residing out of the Palestinian Territories).

[13]   See footnote 12. Reference to the "outside" region probably refers to the Hamas leadership residing abroad.

- After these two tracks pertaining to force buildup are approved, we will have closed this current chapter of deliberation with the "outside" region. Abu al-Abd [Haniyeh] will quietly inform them that this matter is considered at a stage of testing the waters with the axis, when no encroachment has been made, and therefore, the mechanism that was previously used should be worked with. They are authorized to work and equip, and the connection with the Central Bureau will be in the context of technical monitoring. Moreover, Abu al-Baraa [14] will correspond with Abd al-Aziz[15] with the same content as the correspondence between Abu al-Abd [Ismail Haniyeh] and Abu al-Walid [Khaled Mashal].[16]

- **Logistics**
    - Brother Abu Ibrahim presented the current hurdles with the Brothers in the Hezb [Hezbollah] and the Guard [IRGC] pertaining to developing the issue of logistics with them.[17] An agreement was reached, according to which Brother Abu Usama [Khalil al-Hayya] would convey the following concept to the Brothers in the Hezb [Hezbollah]:

        1. The Yemeni region would be authorized to function as a logistics depot, whereby Brothers from the Guard [IRGC] will oversee (support) it. In addition, an authorized smuggler from our side will be authorized to receive it from them, after which we will engage in the complete oversight of the smuggling operation, once it leaves the Yemeni region, and until it reaches Palestine. They need to be reassured about the smugglers from our side, in light of how sensitive this matter is for them. They need to be reassured that they are reliable brothers, that they have been tested in previous important matters, and that they accomplished their missions honorably.
        2. The maritime transport route that was sent to them in earlier correspondences should be approved, including the use of underwater submarines arriving in our country.

- **The military and security attachés**

    - It has been agreed that in the region, which is fit to be approved and prepared to accept a Hamas presence, Brother Abu Usama [Khalil al-Hayya] must study the option of approving a military attaché, due to the importance of this matter, especially in Syria and Algeria, for example, or any region that would be suitable and which could be a candidate for this connection.

    With thanks to Allah,

    Abu Al-Baraa [Marwan Issa]

---

[14]   Abu al-Baraa likely refers to Marwan Issa, then-deputy commander of Hamas' military apparatus.
[15]   This could be a reference to Samir Fandi, who was head of the Izz a-Din al-Qassam Brigades, Hamas' military apparatus in Lebanon.
[16]   Abu al-Walid likely refers to Khaled Mashal.
[17]   In this context, "Abu Ibrahim might refer to Muhammad Sinwar, who was deeply involved in logistics rather than his brother, Yahya Sinwar.

بسم الله الرحمن الرحيم

٢٠٢٢/١٢/١٨

لقاء خاص : الأخ أبو إبراهيم + الأخ أبو أسامة مع المجلس المصغر

#### **** العناوين

* الجهات الموحدة * الوضع المالي ( مع الحلفاء )
* بناء القوة في لبنان * الإمداد
* تقرير عام عن مكتب العلاقات العربية والإسلامية في الفترة السابقة
* الملحقين العسكريين والأمنيين في العلاقات العربية والإسلامية

- استعرض الأخ أبو أسامة الإنجازات والأعمال التي قام بها من خلال مكتب العلاقات العربية والإسلامية في الأشهر الأخيرة ؛ وقد ركز بشكل واضح عن زيارة سوريا وبدء العلاقة مع النظام السوري ، وما رافق تنفيذ هذا القرار من جدل داخلي في الحركة قبل وبعد الزيارة ، وحتى قبل وبعد القرار الذي امتد فترة طويلة من الوقت داخل الأطر القيادية ( وتم التركيز على زيارة سوريا واللقاء بالرئيس السوري وبعض أركان النظام ) .

- كذلك تم استعراض سير العلاقة مع الجزائر وأنها في بداياتها ولكنها تحتاج إلى مزيد من المتابعة من الإخوة في الجزائر من أجل ترسيخ أقدام في هذا البلد الهام . وهناك مزيد من الفحص حول فحوى الاستفادة من تلك العلاقة .

- كذلك تم استعراض العلاقة مع دول أخرى مثل السودان وأوضاعها الداخلية ، مروراً بتركيا ؛ حيث أن هناك تراجع واضح في الموقف الرسمي التركي في العلاقة ، والمقصود هنا البدء بالدخول في تفاصيل وطبيعة التواجد الحمساوي في تركيا بطريقة لم تكن معهودة سابقاً ، وكذلك واضح أن الدولة التركية تريد مزيد من التحديد والتقييد

لأعمال الحركة في الساحة ، وقد تمتد هذه الآلية في العلاقة كحد أدنى حتى الانتخابات الرئاسية يوليو/٢٠٢٣م .

- **الجهات الموحدة :**

- تم الاتفاق مع الأخ أبو أسامة أنه من الضروري أن يتم عقد زيارة للإخوة في الحزب + دولة إيران من أجل نقل رسالة واضحة حول مستقبل العمل المشترك ضد الاحتلال الصهيوني ، طبعاً نضع الأخ أبو العبد في صورة الموقف ، والزيارة يجب أن تكون سرية وعاجلة بحيث لا يطلع على فحوى هذه اللقاءات أحد سوى الأخ أبو العبد لحساسية الرسالة .

- وقد تم الخلوص أنه مطلوب نقل رسالة واضحة للسيد حسن نصر الله أنه إذن تعرضت إيران أو المقاومة في لبنان لأي حرب مستقبلية ، فإننا في حركة حماس – والقسام مستعدون وجاهزون من أجل المشاركة بكل قوة في تلك المعارك ، حيث أننا نطمح أنه في حالة كانت المواجهات ( الحرب ) فالأصل أن نحول تلك الفرصة إلى مواجهة مصيرية مع الاحتلال ، حيث نطمح أن تكون فيها نهايته بإذن الله .

- كذلك في نفس الرسائل أنه مطلوب في حال حصلت مواجهة بيننا وبين الاحتلال حول مستقبل القدس والأقصى وحدثت مواجهة مفتوحة فالأصل أن يتم تدخل محور المقاومة وعلى رأسه الحزب والفصائل الأخرى ( العراق – اليمن – سوريا ) ، والأمر متروك للجمهورية من حيث المشاركة ، وألا نشترط عليها ذلك ، ولكن من الأهمية بمكان أن يكون للحزب دوراً فاعلاً .

- طبعاً هذه الرسائل الأصل أن تنقل للسيد حسن ، وكذلك للحاج إسماعيل قآني ، وكذلك لمسئول الحرس الثوري ( حسين سلامي ) ، وإن أمكن التواصل مع المرشد لوضعه في صورة هذا الموقف الهام .

- طبعاً ما نقصده في هذا الموقف هو بناء حلف حقيقي للمقاومة ومحورها ، وخاصة في القضايا التي تأخذ الطابع الإستراتيجي في المواجهة مع الاحتلال ، ولا نتحدث أن نقصد المواجهات التكتيكية المحتملة ولا تحتاج لمشاركة الكل في تلك الأحداث التي قد تحصل مع إيران أو المقاومة في غزة ( من النوع الاعتيادي ) .

- تم التأكيد أنه في إطار هذا العرض والتوجه الإستراتيجي الأصل أن نتفق مع الإخوة في إيران أن يتم اعتماد دعم مالي كحد أدنى ( ٧ مليون ) شهرياً على مدار العام للنهوض والاستعداد لمثل هذه المواجهات بشكل مربح ، وجيد أن يطلب الأخ أبو أسامة أن يتم إرسال مبلغ مقدم لـ ٣ أو ٤ شهور مثلاً مقدماً في أول الدفعات لتسريع وتيرة الاستعداد والجهوزية طرفنا .

- **بخصوص بناء القوة في لبنان :**
- تم استعراض الموقف من هذا الأمر الذي طال التداول الداخلي فيه – وحتى الآن لم يحصل خرق أو تقدم ؛ سواء مع الإخوة في الخارج أو مع الحزب والحرس .
- تم الاتفاق وتبني الآلية التالية :-
- أن نسير في مسارين ؛ الأول أن ننهي حالة الجدل ونبلغ الإخوة في الخارج من خلال الأخ أبو العبد أنه من الأفضل أن نعطي الإقليم صلاحية العمل مع الحرس بالآلية التي كانت موجودة سابقاً – في حدها الأدنى المعروض لنا مع أن يقوم المكتب المركزي بعمل تكليفات واضحة لأشغال الخارج لإنجاز تلك المهام والأعمال المناطة بهم ، مثل التصنيع العسكري – للصواريخ والمسيرات ، والتدريب الحالي القائم مع الحزب ، وكذلك إمكانية استغلال ساحة ( سوريا – درعا + الجولان – المناطق التي لا يسيطر عليها النظام ) من أجل الجهوزية لمراحل مستقبلية ، ونؤكد أننا سنعمل جهدنا من أجل أن تبقى الأجواء مستقرة بينهم وبين الإخوة في الحزب والحرس .
- المسار الثاني : أن نعتمد الأخ عمار من خلال التشكيل القائم بين يديه الآن ، وكذلك تطوير هذا التشكيل مع الحزب والحرس ، إلى جانب زيادة مساحة العمل مع مكونات أخرى من لبنان ( مثل الحركة الإسلامية ) بحيث تكون هذه التشكيلات جاهزة للعمل المستقبلي بالتوافق مع الحزب والحرس من غير حماس ( لبنان ) حتى لا ندخل في عملية جدل داخلي مع إقليم الخارج ، في حال تكشف ذلك مع أن هذا حقنا ، طبعاً الأصل أن نحافظ على درجة عالية من السرية تجاه هذا الأمر مع الحزب + الأخ عمار ، بحيث تكون هذه التشكيلات قوة ضاربة لنا .

- على أثر اعتماد هذين المسارين في بناء القوة نكون قد أغلقنا الأمر المتداول حالياً مع الحركة في إقليم الخارج بحيث يبلغهم الأخ أبو العبد بشكل هادئ أن الأمر بعد مرحلة جس النبض مع المحور لم نحصل فيه خرق ، ولذلك مطلوب العمل حسب الآلية المعهودة سابقاً ، ومعهم الصلاحية في العمل والتجهيز ، والعلاقة مع المكتب المركزي تكون في إطار المتابعة الفنية ، وكذلك يقوم أبو البراء بمراسلة عبد العزيز في نفس فحوى الأمر الذي يقوم بع أبو العبد مع أبو الوليد .

- **الإمداد :**
- استعرض الأخ أبو إبراهيم العقبات الموجودة مع الإخوة في الحزب والحرس حول تطوير الإمداد معهم ، وقد تم الاتفاق أن يقوم الأخ أبو أسامة بنقل التصور التالي للإخوة في الحزب .

١. أن يتم اعتماد الساحة اليمنية كبؤرة للإمداد ، بحيث يشرف عليها ( الإرتكاز ) إخوة من الحرس ، ويتم اعتماد مهرب معتمد من طرفنا ليستلم منهم ومن ثم نقوم بالإشراف الكامل على عملية التهريب فيما بعد ساحة اليمن حتى الوصول إلى فلسطين ، ومطلوب طمأنتهم بخصوص المهربين من طرفنا نظراً لحساسية الأمر لديهم ، وأنهم إخوة ثقات وتم تجريبهم في أمور سابقة وهامة وقد أنجزوا مهامهم بشكل محترم .

٢. أن يتم اعتماد خط النقل البحري الذي تم إرساله إليهم في مراسلات سابقة من خلال الغواصات التحت مائية وصولاً لبلادنا .

- **الملحقين العسكريين والأمنيين :**
- تم الاتفاق أنه في الساحة التي تصلح أن تكون معتمدة وجاهزة لتقبل الوجود الحمساوي فيجب أن يدرس الأخ أبو أسامة إمكانية اعتماد ملحق عسكري لأهمية هذا الأمر ، وخاصة في سوريا والجزائر مثلاً أو أي ساحة تصلح وتحتمل هذه العلاقة .

تم بحمد الله ،

أبو البراء