**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YISRAEL WEISER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, *et al*. <br><br> Defendants. | Civil Action No. 24-cv-3244 |

**[PROPOSED] ORDER**

For the reasons set forth in Plaintiffs' *Ex Parte* Motion For Waiver Of Local Rule 5.1(c),

it is hereby:

ORDERED that Plaintiffs are exempted from Local Rule 5.1(c) and may proceed without

providing their residential addresses.

**SO ORDERED**

Date:

_____
United States District Judge