AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Yisrael Weiser, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cv-3244 (CJN) |
| Islamic Republic of Iran, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Weiser, Morell, Leiter, Balva, Rousso, Chen, Shay, Ziering, Glisko, Schenkolewski, Haggai, Rosenfeld, Levy, Shalom, and Beniashvili Plaintiffs.

Date: 11/18/2024

/s/ Aaron Schlanger
*Attorney's signature*

Aaron Schlanger (D.C. Bar No. NJ007)
*Printed name and bar number*

OSEN LLC
190 Moore Street, Suite 272
Hackensack, NJ 07601
*Address*

aschlanger@osenlaw.com
*E-mail address*

(201) 265-6400
*Telephone number*

(201) 265-0303
*FAX number*