AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Yisrael Weiser, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   24-cv-3244 (CJN) |
| Islamic Republic of Iran, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Weiser, Morell, Leiter, Balva, Rousso, Chen, Shay, Ziering, Glisko, Schenkolewski, Haggai, Rosenfeld, Levy, Shalom, and Beniashvili Plaintiffs.

Date: 11/18/2024

/s/ Ari Ungar
*Attorney's signature*

Ari Ungar (D.C. Bar No. NJ008)
*Printed name and bar number*

OSEN LLC
190 Moore Street, Suite 272
Hackensack, NJ 07601

*Address*

aungar@osenlaw.com
*E-mail address*

(201) 265-6400
*Telephone number*

(201) 265-0303
*FAX number*