AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Yisroel Weiser, et al.,
*Plaintiff*
v.
Islamic Repubic of Iran, et al.,
*Defendant*

Case No. 1:24-cv-03244

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Weiser, Morell, Leiter, Balva, Rousso, Chen, Shay, Ziering, Glisko, Schenkolewski, Haggai, Rosenfeld, Levy, Shalom, and Beniashvili Plaintiffs.

Date: 11/21/2024

/s/ Yoni Gugenheim
*Attorney's signature*

Yoni Gugenheim (D.C. Bar No. 90014955)
*Printed name and bar number*
Stein Mitchell Beato & Missner, LLP
2000 K Street NW, Suite 600
Washington, DC 20006

*Address*

ygugenheim@steinmitchell.com
*E-mail address*

(202) 737-7777
*Telephone number*

(202) 296-8312
*FAX number*