Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

YISRAEL WEISER et al

                    Plaintiff

                                        Civil No.              24-3244        (LLA)
            vs.

ISLAMIC REPUBLIC OF IRAN et al        Category    E

                    Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on    11/21/2024    from  Judge Carl J. Nichols

to  Judge Loren L. AliKhan                          by direction of the Calendar Committee.

(Case Not Related)

                                        JUDGE RUDOLPH CONTRERAS
                                        Chair, Calendar and Case
                                        Management Committee

cc:     Judge Carl J. Nichols                         & Courtroom Deputy

        Judge Loren L. AliKhan                        & Courtroom Deputy
        Liaison, Calendar and Case Management Committee