```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------------------x
YISRAEL WEISER, et al.,                                  :
                                                         :
                Plaintiffs,                              :
                                                         :
        v.                                               :   Case No. 24-cv-3244
                                                         :
ISLAMIC REPUBLIC OF IRAN, et al.,                        :
                                                         :
                Defendants.                              :
------------------------------------------------------------------------
```

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Airley, Bours, Davidovich, Ben Zaken, Goodman, Hamo, Klughaupt, Moses, Newman, Rothner, Shindman, Spitz, Thaler, Vardi, Zer-Chen, Edan, Zafrani, Natan, Amar, Goodman, Gutstein, and Tawil Plaintiffs.

Dated: December 3, 2024            /s/ John M. Eubanks_____
                                   John M. Eubanks
                                   (D.C. Dist. Ct. Bar No. SC0013)

                                   Motley Rice LLC
                                   28 Bridgeside Blvd.
                                   Mount Pleasant, South Carolina 29464
                                   Tel.: (843) 216-9000
                                   Fax: (843) 216-9450
                                   jeubanks@motleyrice.com
                                   Tel: (843) 216-9000
                                   Fax: (843) 216-9450