```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
---------------------------------------------------------------x
WEISSER et al.,                          :
                                         :    Case No. 24-cv-03244 (CJN)
                 Plaintiffs,             :
                                         :
     -against-                           :
                                         :
ISLAMIC REPUBLIC OF IRAN,                :
                                         :
                 Defendant.              :
---------------------------------------------------------------x
```

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Michael E. Elsner *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Michael E. Elsner, filed herewith. As set forth in Mr. Elsner's declaration, he is admitted and an active member in good standing of the following courts and bars:

| **Name of Court** | | **Date Admitted** |
|---|---|---|
| Virginia Commonwealth Bar | | 10/9/1997 |
| United States Court of Appeals for the Fourth Circuit | | 10/27/1997 |
| Supreme Court of Virginia | | 10/27/1997 |
| Appellate Division of the Supreme Court of New York, 1st Judicial Department | | 2002 |
| New York State Bar | | 6/25/2002 |
| United States District Court for Eastern District of New York | | 7/30/2002 |
| United States District Court for Southern District of New York | | 7/30/2002 |
| South Carolina State Bar | | 8/4/2004 |
| United States District Court for District of Columbia | *Pro Hac Vice* | 2007 |
| United States District Court for District of New Jersey | *Pro Hac Vice* | 11/18/2007 |
| United States Court of Appeals for the Eleventh Circuit | | 8/12/2009 |
| United States Court of Appeals for the Second Circuit | | 11/8/2010 |
| United States Court of Appeals for the Fifth Circuit | | 2010 |
| Supreme Court of the United States of America | | 3/19/2012 |
| United States District Court for District of North Dakota | *Pro Hac Vice* | 8/19/2020 |

This motion is supported and signed by John Eubanks, an active and sponsoring member of the Bar of this Court.

Dated: December 3, 2024

          Respectfully Submitted,

          /s/ John Eubanks
          John Eubanks (DC Bar No. SC0013)
          **MOTLEY RICE LLC**
          28 Bridgeside Boulevard
          Mt. Pleasant, South Carolina 29464
          (843) 216-9000

          Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Weisser et al
_____
　　　　Plaintiff(s)

vs.

Islamic Republic of Iran
_____
　　　　Defendant(s)

Case Number: 1:24-cv-03244

### DECLARATION FOR PRO HAC VICE ADMISSION
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Michael Edward Elsner

2. State bar membership number: Virginia 41424

3. Business address, telephone and fax numbers:

   28 Bridgeside Blvd, T: (843) 216-9000, F: (843) 216-9290

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   See chart attached to the end of this document.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐   No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. 0

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? No

9. Do you have a pending application for admission into USDC for the District of Columbia? No

In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:

(CHECK ALL ITEMS THAT APPLY)

1. [X] has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. [X] has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. [ ] has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

12/3/2024

DATE

SIGNATURE OF ATTORNEY

2

Michael E. Elsner Admissions

| Jurisdiction | Dates of Admission | Bar Number | Current Status | |
|---|---|---|---|---|
| Virginia Commonwealth Bar | 10/9/1997 | 41424 | Active | |
| United States Court of Appeals for the Fourth Circuit | 10/27/1997 | N/A | Active | |
| Supreme Court of Virginia | 10/27/1997 | N/A | Active | |
| Appellate Division of the Supreme Court of New York, 1st Judicial Department | 2002 | N/A | Active | |
| New York State Bar | 6/25/2002 | ME8337 | Active | |
| United States District Court for Eastern District of New York | 7/30/2002 | N/A | Active | |
| United States District Court for Southern District of New York | 7/30/2002 | N/A | Active | |
| South Carolina State Bar | 8/4/2004 | 72893 | Active | |
| United States Court of Appeals for the Eleventh Circuit | 8/12/2009 | N/A | Active | |
| United States Court of Appeals for the Second Circuit | 11/8/2010 | 10-21270 | Active | Registration Number: 4067310 |
| Supreme Court of the United States of America | 3/19/2012 | N/A | Active | |
| United States Court of Appeals for the Fifth Circuit | 2010 | N/A | Active | |
| United States District Court for District of Columbia | 2007 | Pro Hac Vice | Active | |
| United States District Court for District of New Jersey | 11/18/2007 | Pro Hac Vice | Active | |
| United States District Court for District of North Dakota | 8/19/2020 | Pro Hac Vice | Active | |

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **MICHAEL EDWARD ELSNER** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MICHAEL EDWARD ELSNER** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 9, 1997**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued November 27, 2024

*DaVida M. Davis*
DaVida M. Davis
**Director of Regulatory Compliance**

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Michael Elsner was duly sworn and admitted as an attorney in this state on August 4, 2004, and is currently a regular member of the South Carolina Bar in good standing.

PATRICIA A. HOWARD, CLERK

BY _____
CHIEF DEPUTY CLERK

Columbia, South Carolina

November 26, 2024

The current status of any person holding a license or certificate to practice law in South Carolina may be obtained using the search function at https://www.sccourts.org/attorneys/dspSearchAttorneys.cfm. For questions and concerns, please contact the Office of Bar Admissions at 803-734-1317.



## Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Michael E. Elsner

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 25, 2002**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on November 21, 2024.

*Clerk of the Court*

CertID-00201820



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020