UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| YISRAEL WEISER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, *et al.*, <br><br> Defendants. | Civil Action No. 24-cv-03244 (LLA) |

**STATUS REPORT IN RESPONSE TO THE COURT'S
MARCH 7, 2025 MINUTE ORDER**

Plaintiffs respectfully submit this status report in response to the Court's Minute Order of March 7, 2025, which directed Plaintiffs to report "on the status of their attempts to serve Defendants." Plaintiffs have not yet served the Complaint on any Defendants because they intend to file an amended complaint on or before April 25, 2025. The amended complaint will add an additional defendant and several additional plaintiffs as well as certain additional factual allegations. Unless otherwise directed by the Court, because the amended complaint will supersede the original Complaint, Plaintiffs' intention would be to thereafter translate the amended complaint and related documents into Farsi and Arabic and then promptly proceed in their efforts to serve the amended pleading on Defendants.

Dated: March 21, 2025

Respectfully Submitted,

**WILLKIE FARR & GALLAGHER LLP**

By:   /s/ Lee Wolosky
      Lee Wolosky (D.C. Bar No. NY0161)
      787 7th Avenue

New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
lwolosky@willkie.com

**OSEN LLC**
Gary M. Osen (D.C. Bar No. NJ009)
Ari Ungar (DC Bar No. NJ008)
Michael J. Radine (DC Bar No. NJ015)
Dina Gielchinsky (DC Bar No. NJ011)
Aaron Schlanger (D.C. Bar No. NJ007)
190 Moore Street, Suite 272
Hackensack, NJ 07601
Telephone: (201) 265-6400
Facsimile: (201) 265-0303
gosen@osenlaw.com
aungar@osenlaw.com
mradine@osenlaw.com
dgielchinsky@osenlaw.com
aschlanger@osenlaw.com

**STEIN MITCHELL BEATO & MISSNER LLP**
Jonathan E. Missner (D.C. Bar No. 475648)
Michael A. Petrino (D.C. Bar No. 994060)
2000 K St., NW, Suite 600
Washington, D.C. 20006
Telephone: (202) 737-7777
Facsimile: (202) 296-8312
jmissner@steinmitchell.com
mpetrino@steinmitchell.com

*Attorneys for the Weiser, Morell, Leiter, Balva, Rousso, Chen, Shay, Ziering, Glisko, Schenkolewski, Haggai, Rosenfeld, Levy, Shalom, and Beniashvili Plaintiffs*

**MOTLEY RICE LLC**

By:   /s/ John M. Eubanks
John M. Eubanks (D.C. Bar No. SC0013)
Michael E. Elsner (admitted pro hac vice)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9250
Facsimile:  (843)  216-9450
jeubanks@motleyrice.com

melsner@motleyrice.com

*Attorneys for the Airley, Bours, Davidovich, Ben Zaken, Goodman, Hamo, Klughaupt, Moses, Newman, Rothner, Shindman, Spitz, Thaler, Vardi, Zer-Chen, Edan, Zafrani, Natan, Amar, Goodman, Gutstein and Tawil Plaintiffs*