UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------ x
YISRAEL WEISER, *et al.*,                                      :
                                                               :
        Plaintiffs,                                     :
                                                               :  **Civil Action No. 24-cv-03244 (LLA)**
-against-                                                      :
                                                               :
ISLAMIC REPUBLIC OF IRAN, *et al.*,                            :
                                                               :
        Defendants.                                     :
                                                               :
------------------------------------------------------------------ x

## MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

    Plaintiffs respectfully request a two-week extension of the April 25, 2025, date by which they advised the Court they would amend their Complaint, as indicated in their March 21, 2025, Status Report. *See* ECF No. 18. Plaintiffs require additional time to finalize the amended complaint, which will include additional plaintiffs and factual allegations and an additional defendant. This request would extend the current filing date of April 25, 2025, to **May 9, 2025**. Plaintiffs have made no prior requests for extensions. Defendants have not appeared in this case.

Dated: April 24, 2025

                              Respectfully submitted,

                              **OSEN LLC**

                By:    /s/ Gary M. Osen
                        Gary M. Osen (D.C. Bar No. NJ009)
                        190 Moore Street, Suite 272
                        Hackensack, NJ 07601
                        Telephone: (201) 265-6400
                        Facsimile: (201) 265-0303
                        gosen@osenlaw.com

                        *Attorneys for Plaintiffs*