UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| YISRAEL WEISER, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>        Defendants. | Civil Action No. 24-cv-03244 (LLA) |

## RETURN OF SERVICE

I, Zaina Fontane, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am attorney with Willkie Farr & Gallagher LLP, co-counsel for Plaintiffs in the above-captioned action.

2. I am over the age of 18 and attest that the facts set forth in this declaration are true and correct to the best of my knowledge, information, and belief.

3. On August 14, 2025, Plaintiffs engaged a courier to deliver to the Clerk's office a service package with Arabic translations, which included: (1) an affidavit requesting foreign mailing (ECF No. 55); (2) a notice of electronic filing confirming filing of the affidavit requesting foreign mailing; (3) a copy of the First Amended Complaint, Summons, and Notice of Suit in English; and (4) a copy of the First Amended Complaint, Summons, and Notice of Suit in Arabic, to serve Hamas in Lebanon via FedEx at the address listed on the Summons: Harakat Al-Muqawama Al-lslamiya (a/k/a Hamas) c/o Al-Quds International Foundation, Hamra Street, Saroulla Building, 11th Floor, Beirut, Lebanon.  ECF No. 54.

2

4. The Clerk docketed the Certificate of Mailing and registered mail receipt for each package on August 19, 2025. ECF No. 57.

5. Plaintiffs received a notification that the FedEx delivery was completed on August 25, 2025. A copy of the tracking receipt from FedEx is attached as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 20, 2025.

By: *Z. Fontane*
Zaina Fontane (D.C. Bar. No. 90014285)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fascimile: (202) 303-2000
zfontane@willkie.com