# EXHIBIT 1

October 16, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 392122090380

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Mailroom |
| **Signed for by:** | M.OHMAD | **Delivery Location:** | |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday | | BEIRUT, |
| | | **Delivery date:** | Aug 25, 2025 14:49 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 392122090380 | **Ship Date:** | Aug 20, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

| **Recipient:** | **Shipper:** |
|---|---|
| BEIRUT, LB, | WASHINGTON, DC, US, |

| **Reference** | 135771/0000320116 |
|---|---|

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx