UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| YISRAEL WEISER, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 24-cv-03244 (LLA) |

**STATUS REPORT IN RESPONSE TO THE COURT'S SEPTEMBER 22, 2025 MINUTE ORDER**

Plaintiffs, by and through their counsel, respectfully submit this status report in response to the Court's Minute Order of September 22, 2025, which directed Plaintiffs to file another status report regarding their attempts to serve the defendants in the above-captioned action on or before October 20, 2025.

**I.　　PLAINTIFFS ARE ATTEMPTING TO SERVE DEFENDANTS IRAN, SYRIA, AND THE IRGC THROUGH FSIA PROCEDURES**

As described in Plaintiffs' previous status report filed on August 19, 2025, (ECF No. 61), Plaintiffs followed the procedures for serving a foreign state provided by the Foreign Sovereign Immunities Act in 28 U.S.C. § 1608(a)(3)-(4) for defendants the Islamic Republic of Iran ("Iran"), the Islamic Revolutionary Guard Corps ("IRGC"), and the Syrian Arab Republic ("Syria"). Plaintiffs were unable to serve Iran, IRGC, or Syria pursuant to 28 U.S.C. § 1608(a)(3) and proceeded with service through diplomatic channels pursuant to 28 U.S.C. § 1608(a)(4). On July 29, 2025, Plaintiffs' counsel engaged a courier to deliver to the Clerk's office a service package for Iran (ECF No. 42), Syria (ECF No. 43), and the IRGC (ECF No. 44) to be dispatched via FedEx, pursuant to 28 U.S.C. § 1608(a)(4), to the U.S. State Department and subsequently

transmitted to each defendant via diplomatic channels.[1]  The Clerk docketed the Certificate of Mailing for the three packages on August 1, 2025.  ECF Nos. 46-51.  Pursuant to FedEx tracking information, the service packages were delivered to the State Department on August 4, 2025.  Plaintiffs will provide further updates regarding the status of service on Iran, Syria, and the IRGC from the State Department to this Court when they become available.

## II.  PLAINTIFFS SERVED HAMAS BUT WERE UNABLE TO SERVE HEZBOLLAH THROUGH COURIER SERVICE IN LEBANON

As explained in Plaintiffs' previous status report filed on August 19, 2025 (ECF No. 61), Plaintiffs attempted to serve Hamas and Hezbollah in Lebanon pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii) via purportedly charitable organizations (or their commercial affiliates) that they control (which have been designated by the United States as Specially Designated Global Terrorists) – specifically Al-Quds International Foundation (controlled by Hamas) and Atlas Holding (controlled by Hezbollah).  Plaintiffs had previously attempted service on Hezbollah via The Martyrs Foundation, but received notification that delivery was not possible at that address.  ECF No. 61.  On August 14, 2025, Plaintiffs engaged a courier to deliver to the Clerk's office a service package, with Arabic translations, to serve Hezbollah and Hamas in Lebanon at the addresses listed on the updated Summonses.  ECF Nos. 54-55.  The Clerk docketed the Certificate of Mailing and registered mail receipt by FedEx for each package on August 19, 2025.  ECF Nos. 56-59.

Plaintiffs were able to serve Hamas via Al-Quds through FedEx delivery which was completed on August 25, 2025.  ECF No. 63.  However, Plaintiffs received notification from

---

[1] The service package contained the complaint, summons, notice of suit, and Foreign Sovereign Immunities Act, with appropriate translations, and a check in the amount of $2,275.00 each for service upon Iran, Syria, and the IRGC.

- 3 -

FedEx on August 30, 2025 that the delivery to Hezbollah could not be completed and were, therefore, unable to serve Hezbollah pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii).

### III. PLAINTIFFS ARE GATHERING FURTHER SUPPORT TO SERVE FTO DEFENDANTS THROUGH ALTERNATIVE MEANS

On August 19, 2025, Plaintiffs filed a Motion for Alternative Service (the "Motion") on Foreign Terrorist Organizations defendants: Hamas, Palestinian Islamic Jihad ("PIJ"), Hezbollah, and Popular Front for the Liberation of Palestine ("PFLP," collectively, the "FTO Defendants"). ECF No. 60. The Court denied this motion without prejudice in its Minute Order of September 22, 2025, finding that "Plaintiffs have not established that [PIJ and PFLP] currently are using the email accounts and social media account that Plaintiffs have proposed as an alternate method for service." Sept. 22, 2205 Minute Order. As to Hezbollah and Hamas, the Court denied the motion because Plaintiffs had already initiated service through organizations in Lebanon pursuant to Rule 4(f)(2)(C)(ii), but permitted renewal under Rule 4(f)(3) if that method proved unsuccessful.

Plaintiffs intend to renew their Motion for Alternative Service with additional evidence that specific e-mail accounts and social media accounts set forth in the Motion are currently active, in use, and controlled by the FTO Defendants, with the exception of Hamas (which has been served as explained in Section II, *supra*). Plaintiffs intend to submit a supporting declaration from a terrorism expert who will identify and describe specific e-mail accounts and social media accounts listed in the Motion and his assessment of their current usage by PIJ, Hezbollah, and PFLP.

Plaintiffs respectfully propose providing an updated status report to the Court on the outcome of their service efforts within 60 days.

- 4 -

October 20, 2025

Respectfully submitted,

**WILLKIE FARR & GALLAGHER LLP**

By:  */s/ Lee Wolosky*
Lee Wolosky (D.C. Bar No. NY0161)
787 7th Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
lwolosky@willkie.com

**OSEN LLC**
Gary M. Osen (D.C. Bar No. NJ009)
190 Moore Street, Suite 272
Hackensack, NJ 07601
Telephone: (201) 265-6400
Facsimile: (201) 265-0303
gosen@osenlaw.com

**STEIN MITCHELL BEATO & MISSNER LLP**
Jonathan E. Missner (D.C. Bar No. 475648)
Robert B. Gilmore (D.C. Bar No. 492424)
Kevin Attridge (D.C. Bar No. 1012349)
2000 K St., NW, Suite 600
Washington, D.C. 20006
Telephone: (202) 737-7777
Facsimile: (202) 296-8312
jmissner@steinmitchell.com
rgilmore@steinmitchell.com
kattridge@steinmitchell.com

**MOTLEY RICE LLC**
John M. Eubanks (D.C. Bar No. SC0013)
Michael E. Elsner
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9250
Facsimile: (843) 216-9450
jeubanks@motleyrice.com
melsner@motleyrice.com