Default - Rule 55A                                                                                          (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

YISRAEL WEISER et al
_____
                    Plaintiff(s)

                                                                    Civil Action: 24-cv-03244-LLA

        v.


ISLAMIC REPUBLIC OF IRAN et al
_____
                    Defendant(s)


**RE:** HARAKAT AL-MUQAWAMA AL-ISLAMIYA
        also known as
        HAMAS

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint        on        August 25, 2025        , and  an  affidavit on behalf of the plaintiff having been filed, it is this _21st_ day of _____May_____, _2026_ declared that defendant(s) is/are in default.


                                                ANGELA D. CAESAR, Clerk


                        By:        _____/s/ N. Wilkens_____
                                                Deputy Clerk