Default - Rule 55A                                                                        (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA


YISRAEL WEISER et al

_____

Plaintiff(s)                                                          Civil Action: 24cv3244 LLA

    v.


ISLAMIC REPUBLIC OF IRAN et al

_____

Defendant(s)


**RE:** PALESTINIAN ISLAMIC JIHAD; POPULAR FRONT FOR THE LIBERATION OF PALESTINE

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on December 9, 2025, and an affidavit on behalf of the plaintiff having been filed, it is this 27th day of May, 2026 declared that defendant(s) is/are in default.


ANGELA D. CAESAR, Clerk


By: _____/s/ N. Wilkens_____

Deputy Clerk