Default - Rule 55A                                                                 (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

YISRAEL WEISER et al

---
Plaintiff(s)

v.                                                    Civil Action: 24cv3244 LLA

ISLAMIC REPUBLIC OF IRAN et al

---
Defendant(s)

**RE:** HEZBOLLAH also known as HIZBULLAH also known as HEZBALLAH also known as HIZBALLAH

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint       on       February 23, 2026      , and  an  affidavit on behalf of the plaintiff having been filed, it is this  27th  day of                May              ,  2026  declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By:  _____/s/ N. Wilkens_____
                              Deputy Clerk