Default - Rule 55A                                                              (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

YISRAEL WEISER et al
_____
                    Plaintiff(s)

                                                        Civil Action: 24-cv-03244-LLA

        v.


ISLAMIC REPUBLIC OF IRAN et al
_____
                    Defendant(s)


**RE:** SYRIAN ARABIC REPUBLIC


## DEFAULT

        It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though

duly served  with summons and copy of the complaint        on        March 31, 2026        , and  an  affidavit

on behalf of the plaintiff having been filed, it is this  10th  day of _____ June _____, 2026  declared

that defendant(s) is/are in default.


                                        ANGELA D. CAESAR, Clerk


                        By: _____/s/ N. Wilkens_____
                                                Deputy Clerk